FEICHTNER, ADMR., APPELLANT, *v.* OHIO DEPARTMENT
OF TRANSPORTATION, APPELLEE.

[Cite as *Feichtner v. Ohio Dept. of Transp.* (1997), 78 Ohio St.3d 1207.]

(No. 95–2279—Submitted March 5, 1997—Decided April 9, 1997.)

*Joseph L. Coticchia,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Velda K. Hofacker,* Assistant Attorney General, for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.